CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | **Case:** 2:20-cv-09543-PA-AS |
| Plaintiff, | |
| v. | **Plaintiff's Notice of Voluntary Dismissal Without Prejudice** |
| **Sixth and LA Wholesale Plaza, LLC,** a California Limited Liability Company | |
| Defendants. | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Brian Whitaker, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Sixth and LA Wholesale Plaza, LLC has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: December 28, 2020            CENTER FOR DISABILITY ACCESS

                                    By: /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorneys for Plaintiff